1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| DIAMOND JONES, | ) | Case No. CV 09-7276-JVS (OP) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| KELLY HARRINGTON, Warden. | ) | |
| | ) | |
| Respondent. | ) | |

17     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

18 and files herein, and the Report and Recommendation of the United States Magistrate

19 Judge, de novo. The Court concurs with and adopts the findings, conclusions, and

20 recommendations of the Magistrate Judge,

21 / / /

22 / / /

23 / / /

24

25

26

27

28

1       IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this

2   Report and Recommendation; and (2) directing that Judgment be entered denying the

3   Petition and dismissing this action with prejudice.

4

5   DATED:  October 7, 2010    _____

6                              HONORABLE JAMES V. SELNA
                               United States District Judge

7

8   Prepared by:

9

10

11  _____

12  HONORABLE OSWALD PARADA
    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28